# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00345-CV

**Esther Seoanes, Individually and as representative of the Estate of James Williford; and Miriam Stewart, Individually, Appellants**

**v.**

**The City of Austin, Appellee**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-15-000888, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal.[1]

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Appellants' Motion

Filed: October 22, 2015

---

[1] *See* Tex. R. App. P. 42.1(a)(1).